# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| TEXAS DIVERSIFICATION WORKFORCE, IN | § § § § | Case No. 15-50094 |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RANDOLPH N. OSHEROW, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 99,600.11 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 25,399.89 | |

3) Total gross receipts of $ 125,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 125,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,684.89 | 10,684.89 | 10,684.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 14,715.00 | 14,715.00 | 14,715.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 70,051.92 | 1,327,270.27 | 226,717.18 | 99,600.11 |
| **TOTAL DISBURSEMENTS** | $ 70,051.92 | $ 1,352,670.16 | $ 252,117.07 | $ 125,000.00 |

4) This case was originally filed under chapter 7 on 01/05/2015. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/10/2017          By: /s/RANDOLPH N. OSHEROW
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SETTLEMENT D-1-GN-14-000879 | 1249-000 | 125,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 125,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RANDOLPH N. OSHEROW | 2100-000 | NA | 9,500.00 | 9,500.00 | 9,500.00 |
| RANDOLPH N. OSHEROW | 2200-000 | NA | 209.33 | 209.33 | 209.33 |
| BANK OF KANSAS CITY | 2600-000 | NA | 225.56 | 225.56 | 225.56 |
| JANET RAKOWITZ | 3410-000 | NA | 750.00 | 750.00 | 750.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,684.89 | $ 10,684.89 | $ 10,684.89 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE 2 | 6810-000 | NA | 14,715.00 | 14,715.00 | 14,715.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 14,715.00 | $ 14,715.00 | $ 14,715.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dan Price Stone Loughlin & Swanson, LLP P.O. Box 30111 Austin, TX 78755 | | 0.00 | NA | NA | 0.00 |
| | Hector Trevino, et. al. c/o Tummel & Casso McColl at Trenton 4430 South McColl Road Edinburg, TX 78539 | | 0.00 | NA | NA | 0.00 |
| | Thomas L. Kolker Greenstein & Kolker 1006 E. Cesar Chavez St. Austin, TX 78702-4208 | | 0.00 | NA | NA | 0.00 |
| 000001 | TEXAS PROPERTY AND CASUALTY INSURAN | 7100-000 | 70,051.92 | 143,722.79 | 0.00 | 19,947.67 |
| 000002 | TEXAS PROPERTY AND CASUALTY INSURAN | 7100-000 | NA | 155,952.01 | 0.00 | 0.00 |
| 000003 | TEXAS PROPERTY AND CASUALTY INSURAN | 7100-000 | NA | 226,717.18 | 226,717.18 | 79,652.44 |
| 000004 | TEXAS PROPERTY AND CASUALTY INSURAN | 7100-000 | NA | 800,878.29 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 70,051.92 | $ 1,327,270.27 | $ 226,717.18 | $ 99,600.11 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

Case No: 15-50094 RK Judge: RONALD KING
Case Name: TEXAS DIVERSIFICATION WORKFORCE, IN

Trustee Name: RANDOLPH N. OSHEROW
Date Filed (f) or Converted (c): 01/05/15 (f)
341(a) Meeting Date: 02/12/15

For Period Ending: 03/10/17

Claims Bar Date: 04/24/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Potential claim against TPCIGA and receiver in | Unknown | 0.00 | | 0.00 | FA |
| 2. lawsuit pending in travis county D-1-GN-15-002264 | Unknown | 0.00 | | 0.00 | FA |
| 3. SETTLEMENT D-1-GN-14-000879 (u) | 0.00 | 125,000.00 | | 125,000.00 | FA |

TOTALS (Excluding Unknown Values)   $0.00   $125,000.00   $125,000.00

Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

consolidated with all travel-ease cases / the only asset is the state court lawsuit travis county /
see travel-ease case 15-50092 / only one creditor

RE PROP# 1---claim is worthless
RE PROP# 2---see travel-ease case 15-50092   same asset as 3
RE PROP# 3---Cause No. D-1-GN-14-000879

Initial Projected Date of Final Report (TFR): 12/31/16   Current Projected Date of Final Report (TFR): 12/31/16

PFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Ver: 19.07

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

**Exhibit 9**

| Case No: | 15-50094 -RK | | Trustee Name: | RANDOLPH N. OSHEROW |
|---|---|---|---|---|
| Case Name: | TEXAS DIVERSIFICATION WORKFORCE, IN | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | *******2938 CHECKING ACCOUNTS |
| Taxpayer ID No: | *******6187 | | | |
| For Period Ending: | 03/10/17 | | Blanket Bond (per case limit): | $ 0.30 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 08/23/16 | | TRAVEL-EASE, INC. | LITIGATION SETTLEMENT | 1249-000 | 125,000.00 | | 125,000.00 |
| 08/23/16 | 3 | Asset Sales Memo: | SETTLEMENT D-1-GN-14-000879 $125,000.00 | | | | 125,000.00 |
| C 08/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 47.81 | 124,952.19 |
| C 09/22/16 | 000101 | JANET RAKOWITZ 11024 MACAWAY, #2 ADKINS, TEXAS 78101 | PAYMENT PER DOC. #74, 09/20/16 | 3410-000 | | 750.00 | 124,202.19 |
| C 09/22/16 | 000102 | INTERNAL REVENUE SERVICE AUSTIN SERVICE CENTER AUSTIN, TX 73301 | EIN: 74-2816187 Form: 1120 Period: January 1, 2016 thru August 23, 2016 | 6810-000 | | 14,715.00 | 109,487.19 |
| C 09/22/16 | 000103 | Texas Property and Casualty Insurance Guaranty Ass Attn: Jay H. Ong Munsch Hardt Kopf & Harr, P.C. 401 Congress Avenue, Suite 3050 Austin, TX 78701 | (1-1) Judgment | 7100-000 | | 19,947.67 | 89,539.52 |
| C 09/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 177.75 | 89,361.77 |
| C 01/04/17 | 000104 | RANDOLPH N. OSHEROW 342 West Woodlawn, Suite 100 San Antonio, TX 78212 | Chapter 7 Compensation/Fees | 2100-000 | | 9,500.00 | 79,861.77 |
| C 01/04/17 | 000105 | RANDOLPH N. OSHEROW 342 West Woodlawn, Suite 100 San Antonio, TX 78212 | Chapter 7 Expenses | 2200-000 | | 209.33 | 79,652.44 |
| C 01/04/17 | 000106 | Texas Property and Casualty Insurance Guaranty Ass Jay H. Ong Munsch Hardt Kopf & Harr, P.C. 303 Colorado Street, Suite 2600 Austin, Texas 78701 | Claim 000003, Payment 35.13295% | 7100-000 | | 79,652.44 | 0.00 |

**\* Reversed**
**t Funds Transfer**
**C Bank Cleared**

| Account *******2938 | Balance Forward | 0.00 | | 6 Checks | 124,774.44 |
|---|---|---|---|---|---|
| | 2 Deposits | 125,000.00 | | 2 Adjustments Out | 225.56 |
| | 0 Interest Postings | 0.00 | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 125,000.00 | | Total | $ 125,000.00 |
| | 0 Adjustments In | 0.00 | | | |
| | 0 Transfers In | 0.00 | | | |
| | Total | $ 125,000.00 | | | |

PFORM2T4

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 19.07

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 15-50094 -RK | Trustee Name: | RANDOLPH N. OSHEROW |
| --- | --- | --- | --- |
| Case Name: | TEXAS DIVERSIFICATION WORKFORCE, IN | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | *******2938 CHECKING ACCOUNTS |
| Taxpayer ID No: | *******6187 | | |
| For Period Ending: | 03/10/17 | Blanket Bond (per case limit): | $ 0.30 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |